George HAMILTON, Plaintiff–Appellant,

v.

AGUIRRE; et. al., Defendants–Appellees.

No. 11–15965.

United States Court of Appeals, Ninth Circuit.

Submitted April 16, 2013.*

Filed April 23, 2013.

George Hamilton, Delano, CA, pro se.

Scott W.M. Davenport, Manning & Kass, Irvine, CA, for Defendants–Appellees.

Before: CANBY, IKUTA, and WATFORD, Circuit Judges.

MEMORANDUM **

California state prisoner George Hamilton appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action for failure to exhaust administrative remedies. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Wyatt v. Terhune*, 315 F.3d 1108, 1117 (9th Cir.2003). We affirm.

The district court properly dismissed Hamilton's action without prejudice because Hamilton did not exhaust prison grievance procedures concerning his claims. *See Woodford v. Ngo*, 548 U.S. 81, 93–95, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) (exhaustion is mandatory and must be done in a timely manner consistent with prison policies).

Hamilton's contentions regarding equitable estoppel, access to legal materials, defendants' misconduct, and judicial bias are without merit.

Hamilton's pending motions are denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.